#03-726-3206

Julian Raver
714 Baldwin St.
Elmira, N.Y. 14901
9.26.2022

Certificate of Service

I hereby certify that a true and correct copy of the foregoing action by the name of Julian Marcus Raver v. Kim Sajet # 22-CV-2809 (CRC) was served by first class mail, postage prepaid on the 26th of September, 2022 upon:

1- Civil Service Clerk
U.S. Attorney's Office
555 4th St. NW
Washington D.C.
20530

2- U.S. Attorney General Merrick Garland
U.S. DOJ.
950 Pennsylvania Ave
Washington D.C.
20530
(COPY)

3- Kim Sajet
National Portrait Gallery
P.O. Box 37012
Victor Building, Suite 410, MRC 973
Washington D.C. 20013-7012

Julian Raver

RECEIVED
Mail Room
SEP 26 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia