## Proof of Service of Process
### 12/1/2022 - info@julianraven.com - 703-715-7308
### Julian Raven v Kim Sajet
### Case Number cv-22-2809 (CRC)

Dear Case Administrator,(Hon. Judge Christopher R. Cooper),

Per our phone conversation today, here are the screenshots of the certified mailings and their delivery that I mailed to the respective parties on September 26th, 2022.

Sincerely,
Julian Raven

Director Kim Sajet, National Portrait Gallery





USPS Tracking®



Tracking Number:
**70222410000037934901**

Latest Update

Your item was picked up at a postal facility at 8:39 am on September 30, 2022 in WASHINGTON, DC 20013.

Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20013
September 30, 2022, 8:39 am

See All Tracking History

Get More Out of USPS Tracking:
USPS Tracking Plus®

RECEIVED
Mail Room

DEC - 5 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Civil Process Clerk**





**The U.S. Attorney General**



