2/3/23, 4:03 PM
Case 1:22-cv-02809-CRC   Document 7   Filed 02/10/23   Page 1 of 1
Proof of Service of Process - Google Docs

## Notice of Change of Address
### 12/1/2022 - info@julianraven.com - 703-715-7308
### Julian Raven v Kim Sajet
### Case Number cv-22-2809 (CRC)

Dear Clerk/Case Administrator,(Hon. Judge Christopher R. Cooper),

Please be advised that I no longer reside at 714 Baldwin St. in Elmira, New York. Please mail all correspondence to:

Julian Raven
105 Capital Street
Apartment #302
Lynchburg
Virginia 24502

Sincerely,
Julian Raven

*[signature]* 2.3.2023

CC: US Assistant Attorney Sean Tepe



RECEIVED
Mail Room
FEB 10 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia