UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| JULIAN MARCUS RAVEN, <br><br> Plaintiff, <br><br> v. <br><br> KIM SAJET, in her capacity as National Portrait Gallery Director, <br><br> Defendant. |

Civil Action No. 22-2809 (CRC)

**Opposition to Motion to Dismiss**

Plaintiff Julian Marcus Raven opposes Defendant's motion to dismiss (12(b)1,6) for the following reasons.

Defendant argues that the Smithsonian National Portrait Gallery Director Kim Sajet's actions through the Smithsonian created Twitter page, formerly @NPGDirector, are not state action saying, "The Complaint, however, fails to plausibly allege facts establishing that the Smithsonian blocked Raven on Twitter. Thus, the Complaint is unable to establish that Raven's injury of being blocked on Twitter is fairly traceable to the Smithsonian or that an injunction against the Smithsonian would redress his injury." Without repeating the facts that are plain in Plaintiff's complaint, any attempt to deny the official use of @KimSajet claiming the tweets are a private opinion is simply false. The official tweets concerning all of Defendant's government-paid employment as the official responsible for the administration of the Smithsonian National Portrait gallery happened during work hours. During discovery, Plaintiff will gather hard digital evidence that tweets happened on government-run property, during work office hours at the Smithsonian Institution, paid for by the taxpayer, and using government-issued hardware.

Claiming to offer 'personal and private' opinions while on the taxpayer-funded government clock and payroll about the specific subject matter and job description for which Defendant is currently employed is another example of the Smithsonian Institution and its employees' abuse of its ongoing, ill-defined, and confusing legal entity status.

Now, if @KimSajet was a Twitter feed brimming with recipe ideas, family vacation snaps, recent visits to the hair salon, and what Defendant had for breakfast, arguing that @KimSajet was a personal and private forum would be plausible.

**RECEIVED**

MAR 3 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

That @KimSajet is state action is evident by the facts of who created the Twitter account and for what purpose, its former and current name, and the identical content that is all related to Defendant's job as the Director of the Smithsonian National Portrait Gallery and the Smithsonian Portrait Gallery. Content expressed on @KimSajet did not change once the account mysteriously changed its name during Plaintiff's former lawsuit against the same in which Defendant's actions were found to be 'odious' and 'partisan' against Plaintiff. (Please see the motion for adverse inference regarding Defendant's prior efforts to evade culpability by changing the nature of the Twitter account on the docket of case number 17-cv-01240(TNM))

On February, 20th, 2023, Plaintiff Julian Marcus Raven respectfully requests the Court deny Defendant's motion to dismiss.

Plaintiff Julian Marcus Raven requests the Court order discovery of all of the relevant digital devices in possession of Director Kim Sajet, from Defendant's cell phones, laptops, iPads, and desktop computers to establish a timeline of all of the tweeting activity relating to Director Kim Sajet regarding her duties as the Smithsonian National Portrait Gallery. This timeline will establish the fact pattern for the record that will demonstrate that claiming personal and private opinion as a 'get out of jail' free card while on the taxpayer-funded payroll and clock while being subject to U.S. Constitution and the 1st Amendment of the United States that forbids the government to abridge the speech of its citizens, is a legal and fiduciary obligation that cannot be violated because of personal animus against Plaintiff Julian Marcus Raven.

*[signature]*

Julian Raven (pro se)
105 Capital Street (Apt 302)
Lynchburg
VA 24502

A correct copy of Plaintiff's opposition to Defendant's Motion to Dismiss has been served by email and regular mail to Defendant's Attorney, Sean Tepe, Assistant U.S. Attorney, on Monday, February 20, 2023.

Julian Raven

*[signature]*