UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIAN MARCUS RAVEN,<br><br>      Plaintiff,<br><br>  v.<br><br>KIM SAJET, Director, Smithsonian National Portrait Gallery,<br><br>      Defendant. | Civil Action No. 22-2809 (CRC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dimitar P. Georgiev-Remmel and remove the appearance of Assistant United States Attorney Kaitlin K. Eckrote as counsel for Defendant in the above-captioned case.

Dated: March 21, 2024

Respectfully submitted,

By: */s/ Dimitar P. Georgiev-Remmel*
    Dimitar P. Georgiev-Remmel (Bar # 1735756)
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252 - 7678

*Attorney for the United States of America*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2024, the foregoing was served on pro se Plaintiff by first-class U.S. Mail to:

JULIAN MARCUS RAVEN
105 Capital Street, Apt #302
Lynchburg, VA 24502

*/s/ Dimitar P. Georgiev-Remmel*
Dimitar P. Georgiev-Remmel
Assistant United States Attorney