UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIAN MARCUS RAVEN,

    Plaintiff,

v.

KIM SAJET, Director, National Portrait Gallery,

    Defendant.

Civil Action No. 22-2809 (CRC)

**MOTION FOR TRIAL BY JURY & DAMAGES**

"In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." 7th Amendment to the U.S. Constitution

In light of the recent U.S. Supreme Court ruling in Lindke v. Freed, Plaintiff Julian Marcus Raven motions the court for a trial by jury, according to Plaintiff's rights granted him by the 7th Amendment of the Constitution of the United States of America, to seek the vindication of Plantiff's 1st Amendment free-speech rights according to Uzuegbunam v. Preczewskie, US 19–968.

The attention SCOTUS has given to this 1st Amendment matter in Lindke v Freed and others indicates the seriousness of the issues of out-of-control government action happening under the guise of the privacy of a social media platform. Thus the 1st Amendment's Free-Speech clause designed to protect the rights of the citizenry must be exhaustively litigated, establishing broad case law that addresses the many nuances and facets of the complexities of the exercising of the freedom of speech in our digital age. Thus, this trial will not only vindicate Plaintiff's

1

individual rights but serve to establish and clarify every American citizen's rights, lest the free-speech rights of American citizens be trampled down by rogue government officials.

These facts contribute to the force of law that is at work in the instant case, that demands clarification and resolution by the People of the United States in a jury trial.

Plaintiff also demands nominal damages, in addition to all costs related to court filings, in the amount of or in excess of $900.00, and all court and trial costs, including discovery, depositions, and any other fees associated with this case.


Respectfully submitted,


*[signature: Julian Raven]*


Julian Marcus Raven
105 Capital St. #302
Lynchburg,
Virginia, 24502

Affidavit of Service

I, Julian Marcus Raven, do hereby swear that a copy of this motion was served on Defendant's council.

**Dimitar P. Georgiev-Remmel** | Assistant U.S. Attorney
U.S. Attorney's Office – District of Columbia
601 D Street NW, Washington, DC 20530

Sworn this day, April 19th, 2024

*[signature: Julian Raven]*

Julian Marcus Raven
105 Capital St. #302
Lynchburg,
Virginia, 24502

T-434-221-1676
Email- julianmarcusraven@gmail.com