## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIAN MARCUS RAVEN**,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**KIM SAJET**, in her capacity as National Portrait Gallery Director,<br><br>　　　　　Defendant. | Case No. 22-cv-2809 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [13] Motion to Dismiss is GRANTED.  It is further

**ORDERED** that Plaintiff's [15] Motion for Trial by Jury and Damages, [18] Motion to Compel, and [20] Motion for Leave to File Interlocutory Appeal are DENIED as MOOT.  It is further

**ORDERED** that the complaint and case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  December 16, 2024