# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Julian Marcus Raven

Plaintiff

vs.    Civil Action No. 22-cv-2809

Director Kim Sajet, Smithsonian National Portrait Gallery

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 27th day of December, 20 24, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 16th day of December, 20 24

in favor of Defendant Kim Sajet

against said Julian Marcus Raven

_Julian Marcus Raven, pro se_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Dimitar P. Georgiev-Remmel I Assistant U.S. Attorney
U.S. Attorney's Office – District of Columbia
601 D Street NW, Washington, DC 20530



**RECEIVED**
JAN 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia